

# Fourth Court of Appeals
## San Antonio, Texas

May 1, 2014

No. 04-14-00111-CV

**IN RE** Estate of Gilbert M. **DENMAN**, Jr, Deceased,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2004-PC-1687-D
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

Appellant's brief was originally due April 7, 2014; however, the court granted appellant an extension of time until May 7, 2014 to file the brief. Appellant has filed a motion requesting an additional extension of time.

We **grant the motion in part** and **order a**ppellant's brief due **June 6, 2014** (sixty days after the original due date). Appellant is advised that **no further extensions of time will be granted** absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of May, 2014.

_____
Keith E. Hottle
Clerk of Court